# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 02 C 182 | **DATE** | 4/21/2003 |
| **CASE TITLE** | Gulf Ins. Co. vs. Peter Maneyski Const. Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Report and Recommendation to Hon. Suzanne B. Conlon submitted herewith. For the reasons set out on the reverse of this order, this court respectfully recommends that plaintiff's motion for turnover order [32-1] be GRANTED, that citation respondent Golf School District No. 67 be ordered to turn over to plaintiff the amount of $31,244.00, in partial satisfaction of the judgment entered against the defendants on 4/18/02, and that the District Court enter the draft order attached as Exhibit E to the plaintiff's motion. Specific written objections to this report and recommendation may be served and filed within 10 business days from the date that this order is served. Fed. R. Civ. P. 72(a). Failure to file objections with the District Court within the specified time will result in a waiver of the right to appeal all findings, factual and legal, made by this Court in the report and recommendation. *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

(11) ■ [For further detail see Report and Recommendation on the reverse side of the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | APR 22 2003 date docketed | 43 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | | |
| | | 4/21/2003 date mailed notice | |
| MW | courtroom deputy's initials | | |
| | | Date/time received in central Clerk's Office | MW mailing deputy initials |

# ORDER

## REPORT AND RECOMMENDATION

On April 18, 2002, the District Judge entered a judgment in favor of the plaintiff Gulf Insurance Co. and jointly and severally against defendants Peter Maneyski Const. Inc, Complete Home Improvements, Inc., the Porch People, Inc., Forum Construction Group, Ltd., Mieczyslaw Maneykowski a/k/a Peter Maneyski, Beata Maneykowski and Barbara Tkaczy in the amount of $180,553.28 plus interest, costs and attorneys' fees. [10-1.] A citation to discover assets was issued to Golf School District No. 67 (the "District"), which responded that it is holding funds belonging to defendant Peter Maneyski Const. Inc. The District also advised the plaintiff of various other claims against defendant Peter Maneyski Const. Inc. *See* Affidavit of Gary Longquist, Ex. C to Plaintiff's Motion for Turnover of Assets. [32-1.] The plaintiff entered into a waiver agreement with the District in which the District agreed to turn over to the plaintiff the net sum of $31,244 following the entry of an order directing that turn over. (*Id.*, Ex. D.) The plaintiff then filed Plaintiff's Motion for Turnover of Assets [32-1], and that motion was referred to this court. This court ordered that any opposition to the plaintiff's motion or any request for a hearing on the plaintiff's motion must be filed by 4/7/03. [36-1.] No opposition or request for hearing was filed.

Accordingly, this court respectfully recommends that plaintiff's motion be GRANTED and Golf School District No. 67 be ordered to turn over to the plaintiff the amount of $31,244.00.[1] This court further recommends that the District Court enter the Turn Over Order attached to plaintiff's motion as Exhibit E.

*[signature]*

---

[1] A turnover order is a final judgment. *Society of Lloyd's v. Estate of McMurray*, 274 F.3d 1133, 1135 (7th Cir. 2001). Absent consent, the Magistrate Judge's ruling on a motion for a turnover order must be in the form of a report and recommendation. *Michaelson v. Schor*, No. 93 C 5124, 1997 WL 282929 (N.D.Ill. Nov. 15, 1996)(Marovich, J.); *Michaelson v. Schor*, No. 95 C 6573, 1996 WL 478637 (N.D.Ill. Aug. 21, 1996)(Holderman, J.).